# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  20-cr-2931-CAB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INDICTMENT** |
| TERESA LISARRAGA, | |
| Defendant. | |

Based upon the Motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interest of justice and without prejudice as to Defendant TERESA LISARRAGA.

IT IS FURTHER ORDERED that the bond previously posted by defendant shall be exonerated.

IT IS SO ORDERED.


DATED:    10/6/2020

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE